Stephen A. Watkins (SBN 205175)
stephen.watkins@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  213 623 9300

Matthew J. Orme (*Pro Hac Vice*)
matt.orme@dentons.com
Dentons Durham Jones Pinegar P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone:  801 415 3000

*Attorneys for Plaintiff,*
*Tyler Nelson*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tyler Nelson, an individual,<br><br>Plaintiff,<br>v.<br><br>VIVAKOR, INC., a Nevada Corporation; VIVAKOR ADMINISTRATION, LLC, a Texas Limited Liability Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02101-DOC-DFM<br><br>**STIPULATION TO VACATE DISMISSAL AND FOR ENTRY OF JUDGMENT**<br><br>Judge: Hon. David O. Carter<br>Ctrm: 10A |

This Stipulation To Vacate Dismissal and for Entry of Judgment (the "Stipulation") is entered into by and between Plaintiff Tyler Nelson ("Plaintiff"), on the one hand, and Defendants Vivakor, Inc. and Vivakor Administration, LLC ("Defendants"), jointly and severally, on the other hand (collectively referenced as the "Parties").

**IT IS HEREBY STIPULATED** by and between the Parties as follows:

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

1. On November 5, 2025, the Parties executed a Settlement Agreement and General Release (the "Agreement") to resolve all outstanding legal disputes between the Parties.

2. Plaintiff filed the Complaint in this action on August 11, 2025.

3. The terms of this Stipulation shall be governed by the laws of the United States of America and the laws of the State of California.

4. This Court has jurisdiction over this action, and venue is proper in this Court.

5. Under the Agreement, Defendants have agreed to pay to Plaintiff the total amount of Two Million US dollars ($2,000,000 USD), (the "Settlement Amount") in the following four installments:

   a. Defendants will pay Two Hundred Fifty Thousand Dollars ($250,000) to Nelson on the same day that this Agreement is signed by Nelson. This amount shall be for alleged wage losses, from which all customary payroll withholdings and all federal, state and local payroll, income and employment taxes shall be withheld and timely reported and paid to the respective government authority, and which amount will be reported on an IRS Form W-2. Vivakor Administration will pay this amount through its payroll provider.

   b. Defendants will pay to Nelson One Hundred Thousand Dollars ($100,000) within 30 days of the date this Agreement is signed by Nelson. This amount shall be for alleged wage losses, from which all customary payroll withholdings and all federal, state and local payroll, income and employment taxes shall be withheld and timely reported and paid to the respective government authority, and which amount will be reported on an IRS Form W-2. Vivakor Administration will pay this amount through its payroll provider.

   c. Defendants will pay to Nelson One Hundred Thousand Dollars ($100,000) within 60 days of the date this Agreement is signed by Nelson. This amount shall be for alleged wage losses, from which all customary payroll withholdings and all federal, state and local payroll, income and employment taxes shall be withheld and timely reported and

STIPULATION TO VACATE DISMISSAL
AND FOR ENTRY OF JUDGMENT
Case No. 8:25-cv-02101 DOC (DFM)

paid to the respective government authority, and which amount will be reported on an IRS Form W-2. Vivakor Administration will pay this amount through its payroll provider.

    d. Defendants will pay to Nelson the remaining One Million Five Hundred Fifty Thousand Dollars ($1,550,000) within 90 days of the date this Agreement is signed by Nelson. This amount shall be for alleged non-wage damages, including attorney's fees and costs, which amount will be reported on an IRS Form 1099. Vivakor Administration will pay this amount directly to Nelson by wire transfer of immediately available funds to the bank account designated in writing by Nelson at least five (5) days prior to such payment.

6. Pursuant to the Agreement, if Defendants fail to make any payments in the preceding paragraph, Plaintiff is entitled to seek to reopen the case and file this Stipulated Judgment immediately.

7. In connection with filing this Stipulated Judgment, Plaintiff is required to file a declaration under penalty of perjury indicating that Defendants failed to make one of the payments by the applicable due date, and specifying the nature of the default and the amount of any payments made by Defendants under the Agreement prior to the date of default, and requesting that judgment be entered for any remaining amounts, with no further showing required.

8. Upon filing of this Stipulation accompanied by said declaration, the Court, or any clerk thereof, shall enter judgment in favor of Plaintiffs against the Defendants in the amount of Two Million US dollars ($2,000,000 USD), less any amount paid by Defendants under the Agreement prior to the date of default, with interest calculated pursuant to 28 U.S.C. § 1961 as of the date of the judgment on the unpaid balance. Defendants hereby waive their right to seek to defend against or set aside the Judgment except that Defendants may challenge the amount of the judgment if the amount stated in Plaintiff's declaration is incorrect.

9. Plaintiff shall have the right to recover his reasonable attorneys' fees and costs associated with the filing of this Stipulated Judgment and any event,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

dispute, or process (including, but not limited to, collections, court process, or arbitration) arising from same.

10.   Defendants will accept notice of entry of Judgment entered in this action by delivery of such notice to its counsel of record by certified mail or by the ECF system, and agree that service of notice of entry of judgment will be deemed personal service upon it for all purposes.

11.   It is agreed that this Stipulation may be signed in counterparts, each copy having the same force and effect as an original. It is further agreed that electronic signatures may serve as originals for the purposes of this Stipulation.

**IT IS SO STIPULATED**.

Dated: February 6, 2026          QUARLES & BRADY LLP


By:/s/ *Christina Snider*
       Christina Snider

Attorney for Defendants Vivakor Inc. and Vivakor Administration, LLC


Dated: February 6, 2026          DENTONS US LLP


By:  /s/ *Stephen Watkins*[1]
       Stephen Watkins

Attorney for Plaintiff Tyler Nelson

---

[1] Pursuant to Local Rule 5-4.3.4(2)(i), the electronic filer hereby attests that all signatories concur in the filing's content and have authorized this filing.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

STIPULATION TO VACATE DISMISSAL
AND FOR ENTRY OF JUDGMENT
Case No. 8:25-cv-02101 DOC (DFM)

Based on the foregoing and Plaintiff's declaration under penalty of perjury, this Stipulated Judgment is hereby entered on behalf of Plaintiff Tyler Nelson and against Vivakor, Inc. and Vivakor Administration, LLC, jointly and severally, for $1,550,000 (One Million Five Hundred Fifty Thousand Dollars).

Entered this 18th day of March, 2026.

_David O. Carter_
_____
Hon. David O. Carter
United States District Judge

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300